IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR435 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIMOTHY GILLESPIE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Timothy Gillespie (Gillespie) (Filing No. 17).  Gillespie seeks a sixty-day continuance of the trial of this matter which is scheduled for January 21, 2014.  Gillespie's counsel represents that government's counsel has no objection to the motion.  Gillespie's counsel represents Gillespie will file an affidavit whereby Gillespie consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.  Gillespie's motion to continue trial (Filing No. 17) is granted.

2.  Trial of this matter is re-scheduled for **March 24, 2014,** before Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 16, 2014, and March 24, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 16th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge